

**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**

ORDER ON MOTION FOR EN BANC RECONSIDERATION

Appellate case name:     Jesus Banda, Juan Banda, Chon Banda, and Ruben Banda **v.** George H. Rau, Jr., Stevens & Rau, P.C., Randy L. Stroud, P.E., Santiago Aguilera, Blas Vallejo, Salvadore Razo, and Miguel Angel Garcia

Appellate case number:     01-15-00622-CV

Trial court case number:     75560-CV

Trial court:               239th District Court of Brazoria County

Date motion filed:         November 29, 2016

Party filing motion:       Appellees

It is ordered that the motion for en banc reconsideration is ☒ **DENIED** ☐ **GRANTED.**

Judge's signature: /s/ Sherry Radack
                              ☐ Acting Individually ☒ Acting for the Court

Panel consists of: Chief Justice Radack and Justices Jennings, Keyes, Higley, Bland, Massengale, Brown, Huddle, and Lloyd

Date: February 7, 2017